## ORDER

Let the Writ Issue.

DATED: 29 May 2019

_____
Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison, 168 Frontage Road, Newark, NJ 07114.

WE COMMAND YOU that you have the body of

KHALEE MUHAMMAD, SBI: 717338B

in the custody of Northern State Prison brought to the United States District Court, MLK Jr. Bldg. & U.S. Courthouse, Room 4D, Newark, New Jersey, before the Hon. William H. Walls, on Tuesday, July 23, 2019, at 10:30 a.m., for a Plea Hearing, in the above-captioned case in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey

DATED: 05/29/2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk